IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**EFREN ERIVES GONZALEZ, #35915-051**  **PETITIONER**

**VERSUS**  **CIVIL ACTION NO. 5:08-cv-232-DCB-MTP**

**UNKNOWN PEARSON**  **RESPONDENT**

FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the __9th__ day of October, 2008.

                                               s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE